DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RUSSELL LERMAN** and **LEAH LERMAN,**
Appellants,

v.

**BINK REALTY, LLC,** a privately owned real estate brokerage, and **JOSE A. ARMSTRONG,** a licensed real estate agent,
Appellees.

No. 4D17-365

[October 5, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 2015CA01429XXXXMB.

Russell E. Lerman, Dover, pro se.

Pete L. Demahy, Kenneth R. Drake and Tiya S. Rolle of Demahy Labrador Drake Victor Rojas & Cabeza, Coral Gables, for appellees.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***